**2002–1381.  State ex rel. Walters v. Indus. Comm.**

Franklin App. No. 01AP–1043, 2002-Ohio-3236. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the application for dismissal of appeal of CBS Personnel Services and the application for dismissal of second notice of appeal of the Industrial Commission of Ohio,

IT IS ORDERED by the court that the applications for dismissal be, and hereby are, granted, and the appeals of CBS Personnel Services and the Industrial Commission of Ohio are dismissed.

The cross-appeal of Michael Walters remains pending.

[Cite as *11/08/2002 Case Announcements*, 2002-Ohio-6055.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*November 8, 2002*

## DISCIPLINARY CASES

**2000–0781.  Cleveland Bar Assn. v. Katalinas.**

IT IS ORDERED by this court, sua sponte, that Edward F. Katalinas, Attorney Registration No. 0033651, last known address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of September 20, 2000, to wit, failure to pay publication costs in the amount of $338.72 on or before January 9, 2002.